FLORENCE D. VAN RENSSELAER, Respondent, *v.* JOHN D. CHISM et al., Appellants.

*Negligence — motor vehicles — action to recover for personal injuries through being struck by automobile owned by wife and driven by husband — agency of husband.*

*Van Rensselaer v. Chism*, 186 App. Div. 557, affirmed.

(Argued April 29, 1921; decided May 13, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 21, 1919, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff, while walking southerly in the Loudonville road in the county of Albany after dark, was struck by an automobile owned by defendant Clementina S. Chism and driven by her husband, John D. Chism, and received the injuries complained of. Aside from the question of negligence of the driver, the principal question was whether the husband in driving the car was acting as agent for his wife, the owner.

*P. C. Dugan* and *John F. O'Brien* for John D. Chism, appellant.

*John N. Carlisle, Edwin C. Markel* and *J. F. Lucey* for Clementina S. Chism, appellant.

*William T. Byrne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.